STATE of Missouri, Respondent,

v.

Simmon P. JOHNSON, Appellant.

No. WD 37192.

Missouri Court of Appeals,
Western District.

Feb. 4, 1986.

James L. McMullin, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., SHANGLER, J., and MARTIN, Special Judge.

ORDER

PER CURIAM:

Appeal from the jury convictions of first degree robbery, § 569.020, RSMo 1978, and armed criminal action, § 571.015, RSMo 1978.

Judgment affirmed. Rule 30.25(b).